UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| LATEICE RENEE BUMPERS | ) | CASE NUMBER A08-85773-WLH |
| | ) | WENDY L. HAGENAU |
| DEBTOR | ) | |

## MOTION TO DISMISS

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court as follows:

1.

Debtor filed a petition for relief under Chapter 13 of Title 11.

2.

Debtor's Plan will exceed sixty months by two (2) months in violation of 11 U.S.C. 1322(d)(2)(C) and 11 U.S.C. 1307(c).

3.

Debtor has failed to tender all plan payments due in accordance with the confirmed plan. As of 9/28/2010 the Trustee received a total of $20,009.12. The Trustee's records indicate the amount delinquent is $3,650.88. A receipt history is attached and marked exhibit A.

Wherefore, the Trustee prays that this case be dismissed or in alternative that the Debtor proposes a modification to meet the requirements of the confirmed plan that ensures that the plan is completed within the allowable time.

This the 30th day of September, 2010.

/s/_____
Melissa J. Davey
Attorney for the Chapter 13 Trustee
State Bar No. 206310
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303

678-992-1201

## EXHIBIT "A"

CASE NO:  A08-85773-WLH                                          09/28/2010
LATEICE RENEE BUMPERS

## RECEIPT HISTORY OVER THE LAST 12 MONTHS

| DATE | TYPE | SOURCE | AMOUNT |
|---|---|---|---|
| June 04, 2010 | EMPC | 8767840 | $485.54 |
| May 20, 2010 | EMPH | 8754806 | $485.54 |
| May 07, 2010 | EMPC | 8741619 | $485.54 |
| April 23, 2010 | EMPH | 8728592 | $485.54 |
| April 08, 2010 | EMPC | 8715352 | $485.54 |
| March 24, 2010 | EMPH | 8703087 | $485.54 |
| March 24, 2010 | ITRC | 41431806 | $1,568.00 |
| March 17, 2010 | EMPC | 8688951 | $485.54 |
| February 24, 2010 | EMPH | 8676154 | $485.54 |
| February 10, 2010 | EMPC | 8663775 | $485.54 |
| January 14, 2010 | EMPC | 8637868 | $495.54 |
| January 06, 2010 | EMPC | 8630322 | $485.54 |
| December 17, 2009 | EMPH | 8613021 | $485.54 |
| December 09, 2009 | EMPC | 8603531 | $485.54 |
| November 18, 2009 | EMPH | 8588628 | $475.54 |
| November 10, 2009 | EMPC | 8578772 | $485.54 |
| October 21, 2009 | EMPH | 8563168 | $485.54 |
| October 16, 2009 | EMPH | 8551952 | $485.54 |
| | | **Receipt Total:** | **$9,822.18** |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| LATEICE RENEE BUMPERS | ) | CASE NUMBER A08-85773-WLH |
| | ) | WENDY L. HAGENAU |
| DEBTOR | ) | |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss and related exhibits with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **November 03, 2010** at **1:45 pm in Room 1403, Richard Russell Building, 75 Spring Street, SW, Atlanta, GA, 30303**.

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 30th day of September, 2010.


/s/_____
Melissa J. Davey
Attorney for the Chapter 13 Trustee
State Bar No. 206310
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No: A08-85773-WLH

This is to certify that I have this day served:

LATEICE RENEE BUMPERS
1823 SPRINGHILL COVE
LITHONIA, GA  30058


THE SANDBERG LAW FIRM,   ATTORNEY
229 PEACHTREE STREET, NE
INTERNATIONAL TOWER - SUITE 705
ATLANTA, GA  30303

In the foregoing matter with a copy of the Trustee's Motion to Dismiss by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.


This the 30th day of September, 2010.



/s/_____
   Melissa J. Davey
   Attorney for the Chapter 13 Trustee
   State Bar No. 206310
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201