# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: ) | | |
| Lateice Renee Bumpers, ) | | CASE NO.: **08-85773-WLH** |
| ) | | |
| Debtor. ) | | CHAPTER: **13** |
| ) | | |
| ) | | JUDGE: **WENDY L. HAGENAU** |

## NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that Debtor has filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with this Notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which this proposed Modification was filed. The proposed modification was filed on November 2, 2010. If the twenty-fourth day after the date of filing falls on a weekend or holiday, the deadline is extended to the next business day.

**PLACE OF FILING:**   Clerk, United States Bankruptcy Court
Room 1340 United States Courthouse
Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303-3367

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the deadline stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: 1823 Springhill Cove, Lithonia, GA 30058

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed the Court will hold a hearing on the modification on December 8, 2010 at **2:00 P.M. in Courtroom 1403** US Courthouse, 75 Spring Street, Atlanta, GA.  **If no objection is timely filed, the Court may approve the proposed modification without further notice or hearing.**

Dated:    Tuesday, November 2, 2010

By:        Olufemi O. Obadina            /s/
           Olufemi O. Obadina
           Attorney for Debtor
           GA Bar # 180108
           229 Peachtree Street
           International Tower, Suite 705
           Atlanta, GA 30303
           (404) 827-9799

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN THE MATTER OF:            )
Lateice Renee Bumpers        )        CASE NO.: **08-85773-WLH**
                             )
         Debtor.             )        CHAPTER: **13**
                             )
                             )        JUDGE: **WENDY L. HAGENAU**

### POST MODIFICATION PLAN AND REQUEST FOR ITS APPROVAL

Lateice Renee Bumpers, Debtor, proposes to modify the confirmed Chapter 13 Plan in this case as set forth below and requests that this modification be approved.

Debtor, hereby modifies this Chapter 13 which the Court confirmed on March 4, 2009, as follows:

1.

Debtor modifies the Chapter 13 Plan to **delete** the following:

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$1,052.00** per **month** to Trustee by [ **X** ] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. § 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

___ If checked, Plan payments will increase by $_____ on _____, 20__ upon completion or termination of _____.

Debtor modifies the Chapter 13 Plan to **add** the following:

2. **Plan Payments and Length of Plan.** Debtor will pay the sum of **$1,140.00** per **month** to Trustee by [ **X** ] Payroll Deduction(s) or by [ ] Direct Payment(s) for the applicable commitment period of **60** months, unless all allowed claims in every class, other than long-term claims, are paid in full in a shorter period of time. The term of this Plan shall not exceed sixty (60) months. *See* 11 U.S.C. § 1325(b)(1)(B) and 1325(b)(4). Each pre-confirmation plan payment shall be reduced by any pre-confirmation adequate protection payment(s) made pursuant to Plan paragraph 6(A)(i) and § 1326(a)(1)(C).

The following alternative provision will apply if selected:

___ If checked, Plan payments will increase by $_____ on _____, 20__ upon completion or termination of _____.

WHEREFORE Debtor prays:

(a) That this "Post Modification Plan and Request for Approval" will be filed, read, and considered;

(b) That this Honorable Court grant this modification; and

(c) That this Honorable Court grant such other relief as it may deem just and proper.

Dated: November 2, 2010

Respectfully submitted,
The Sandberg Law Firm

By: Olufemi O. Obadina                /s/
    Olufemi O. Obadina, Attorney for Debtor
    GA Bar # 180108

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Lateice Renee Bumpers | ) | CASE NO.: **08-85773-WLH** |
| | ) | |
| Debtor. | ) | CHAPTER: **13** |
| | ) | |
| | ) | JUDGE: **WENDY L. HAGENAU** |

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____ /s/
Lateice Renee Bumpers

_____
Date

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. '152 and '3571.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| Lateice Renee Bumpers | ) | CASE NO.: **08-85773-WLH** |
| | ) | |
| Debtor. | ) | CHAPTER: **13** |
| | ) | |
| | ) | JUDGE: **WENDY L. HAGENAU** |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury:

That I am more than 18 years of age, and that on this day, I served a copy of the within Debtor's Amendment to Chapter 13 Schedules, Summary of Schedules and Statistical Summary of Certain Liabilities and Related Data (28 U.S.C. Section 159) filed in this bankruptcy case upon the following by depositing a copy of same in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

**Nancy J. Whaley**
**Chapter 13 Trustee**
303 Peachtree Center Avenue
Suite 120
Atlanta, GA 30303

**Debtor:**
Lateice Renee Bumpers
1823 Springhill Cove
Lithonia, GA 30058

**Creditors:**
US Attorney General
US Department of Justice
PO Box 14198
Ben Franklin Station
Washington, DC 20044

US Attorney
Northern District of Georgia
75 Spring Street, SW
Suite 600
Atlanta, GA 30303

United States Trustee in the
Northern District of Georgia
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, GA 30303

Dated: November 2, 2010

/s/
The Sandberg Law Firm, LLC
Kristopher Key, Clerk
229 Peachtree Street
International Tower, Suite 705
Atlanta, GA 30303
(404)827-9799